IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BARBARA J. DYKES
Plaintiff

vs.

HUNTINGTON NATIONAL BANK
Defendant

Civil Action No. 2:11-cv-0039

Judge Marbley

Magistrate Kemp

PROPOSED ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

1. This matter comes before the Court on the Plaintiff's Motion to Dismiss With Prejudice pursuant to Federal Rule Civil Procedure 41(a)(2).

2. The Court having considered the Motion hereby ORDERS that this action is DISMISSED with prejudice. The terms and conditions of the Settlement Agreement are incorproated by reference into this Order.

Dated:

Judge Algenon Marbley
United States District Court
Southern District Of Ohio
Eastern Division