**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

**BARBARA J. DYKES,**

   **Plaintiff,**    Case No. 2:11-CV-0039

 v.    **JUDGE ALGENON L. MARBLEY**

**HUNTINGTON NATIONAL BANK,**  Magistrate Judge Kemp

   **Defendant.**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the November 14, 2011 Order, the Court GRANTED the Joint Motion to DISMISS WITH PREJUDICE. This action is hereby DISMISSED.

Date: **November 14, 2011**    James Bonini, Clerk

               s/Betty L. Clark
               Betty L. Clark/Deputy Clerk