# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

| | | |
|---|---|---|
| **BARBARA J. DYKES,** | : | |
| Plaintiff, | : | Case No. 2:11-CV-0039 |
| v. | : | **JUDGE ALGENON L. MARBLEY** |
| **HUNTINGTON NATIONAL BANK,** | : | Magistrate Judge Kemp |
| Defendant. | : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the November 14, 2011 Order, the Court GRANTED the Joint Motion to DISMISS WITH PREJUDICE. This action is hereby DISMISSED.

Date: **November 14, 2011**       James Bonini, Clerk

                               s/Betty L. Clark
                               Betty L. Clark/Deputy Clerk